# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TERRY LAMAR MCCOY**                                **PLAINTIFF**

v.                      **No. 4:21-cv-104-DPM**

**CYMBER TADLOCK**                                  **DEFENDANT**

## ORDER

Mail sent to McCoy at the Jefferson County Jail was returned undelivered with a notation that McCoy is no longer at the facility. *Doc. 5*. The Clerk has resent McCoy's papers to a different address for the same facility. *Ibid*. But in light of the notation, McCoy must also confirm or update his address with the Clerk by 15 April 2021. If he doesn't, then the Court will dismiss his complaint without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 March 2021