# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TERRY LAMAR McCOY**                                                               **PLAINTIFF**

v.                                   No. 4:21-cv-104-DPM

**CYMBER TADLOCK**                                                                  **DEFENDANT**

## ORDER

McCoy hasn't paid the $402 administrative and filing fees or filed an application to proceed *in forma pauperis*; and his mail is still being returned undelivered. *Doc. 3 & 7–13*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

<u>20 April 2021</u>