# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

TERRY LAMAR McCOY                                    PLAINTIFF

v.                          No. 4:21-cv-104-DPM

CYMBER TADLOCK                                       DEFENDANT

## JUDGMENT

McCoy's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

20 April 2021